1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE JEROME SOWELL, ) | NO. SACV 08-00469 GHK (SS) |
|         Plaintiff, ) | |
|         v. ) | **ORDER ADOPTING FINDINGS,** |
| SANTA ANA CITY JAIL, ) | **CONCLUSIONS AND RECOMMENDATIONS** |
|         Defendant. ) | **OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

Accordingly, IT IS ORDERED THAT:

1. Judgment shall be entered dismissing this action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Plaintiff.

DATED: 12/22/08

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE