UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE JEROME SOWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA ANA CITY JAIL,<br><br>    Defendant. | NO. SACV 08-00469 GHK (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 12/22/08

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE